UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANTE J. BENCIVENGA,

    Plaintiff,

v.

Case No.  2:14-cv-10118
District Judge Patrick J. Duggan
Magistrate Judge Anthony P. Patti

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO COMPEL WITHOUT PREJUDICE (DE 27)

The Court is informed that the parties have resolved the issues set forth in Defendant's Motion to Compel.  Accordingly, Defendant's Motion to Compel is **DENIED WITHOUT PREJUDICE** as moot.  (DE 27.)  The hearing scheduled for July 15, 2015 is hereby **VACATED**.

    IT IS SO ORDERED.


Dated: May 29, 2015        s/Anthony P. Patti_____
                                         Anthony P. Patti
                                         UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 29, 2015, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti
(313) 234-5200
